UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

Benjamin Edward Watkin, et al

    Plaintiff(s),

v.

Bethany Christian Services, Inc., et al

    Defendant(s).
_____/

Case No. 1:21-cv-00127

Hon. Ray Kent

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to Federal Rule of Civil Procedure 7.1, __Bethany Christian Services, Inc.__ (Party Name) makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity? ☐ Yes ☑ No

2. Does party have any parent corporations? ☐ Yes ☑ No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity? ☐ Yes ☑ No
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ☐ Yes ☑ No
   If yes, identify entity and nature of interest:

Date: 06/10/2021

/s/ Cameron R. Getto (P57300)
(Signature)

Cameron R. Getto
Zausmer, P.C.
32255 Northwestern Hwy., Suite 225
Farmington Hills, MI 48334
(248) 851-4111
cgetto@zausmer.com